# EXHIBIT B



Excellence in LED Lighting 

HOME   COMPANY   PRODUCTS   VIDEO   TECHNOLOGY   MARKET   MEDIA   CONTACTS

# T8 LED Tubes

## Welcome to the eZ-series

The next generation of our LED lighting T8 retrofit solutions – offering the industry-leading lighting performance that you currently enjoy from Axlen T8 tubes …but with a reduced installation time of over 75% into existing troffers.

- No need to rewire or pre-kit tombstones
- Perfect fit with existing tombstones in troffer
- Straight forward wiring to input AC
- Simple and safe connectivity
- Full industry compliance: UL/cUL, FCC, CE, DLC, LM79, LM80 LEDs
- CA Title 24 compliant with full 0-10V dimming control
- US Patent Pending



**Fully dimmable T8 LED eZ-retrofit kits -reducing installation times by over 75%.
You won't believe just how easily they can be installed (click to view demo):**

## Dimmable eZ-retrofit (external power supply). Installation time: 1m17s

## Nondimmable eZ-tube (internal power supply). Installation time: 56s

## Data Sheet

### New eZ-series -eZ-tube with external power supply- DLC certified

**4 ft LED Dimmable T8 tube retrofit kits**
AXEZ-T8E-4F16.23W.External 4ft eZ Retrofit Kit .eZseries
**2 ft LED Dimmable T8 tube retrofit kits**
AXEZ-T8E-2F12W.External 2ft eZ Retrofit Kit .eZseries

### New eZ-series -eZ-tube with internal power supply- DLC certified

**4 ft LED Nondimmable T8 tubes**
AXEZ-T8I-4F16.22W.Internal 4ft eZ tube .eZseries
**2 ft LED Nondimmable T8 tubes**
AXEZ-T8I-2F12W.Internal 2ft eZ tube .eZseries

### Premium series with external power supply- DLC certified

**4 ft LED Dimmable T8 tube retrofit kits**
AX-T8E-4F16.23W.External 4ft Retrofit Kit .Premium
**2 ft LED Nondimmable T8 tubes**
AX-T8E-2F12W.External 2ft Retrofit Kit .Premium

Premium series with internal power supply- DLC certified

**4 ft LED Nondimmable T8 tubes**
AX-T8I-4F16.22W.Internal 4ft tube .Premium
**2 ft LED Nondimmable T8 tubes**
AX-T8I-2F12W.Internal 2ft tube .Premium

# Excellence in LED Lighting Solutions for Commercial and Industrial Applications

AXLEN LED LIGHTING  © 2015 copyright