IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>AXLEN, INC.<br><br>    Defendant. | C.A. No. 15-cv-055-RGA<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING PLAINTIFF BLACKBIRD TECH LLC'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT AXLEN, INC.

On this 22 day of December, 2015, having considered Blackbird Tech LLC's ("Blackbird") Motion for Entry of Default Judgement against Defendant Axlen, Inc. ("Axlen"), IT IS HEREBY ORDERED that the motion is granted.

The Court hereby orders that:

1. All allegations in Blackbird's Complaint for patent infringement against Axlen, other than those directly relating to damages, are deemed to be true.

2. Axlen is adjudged to infringement U.S. Patent No. 7,086,747.

3. The claims of U.S. Patent No. 7,086,747 are adjudged to be valid and enforceable as to Axlen.

4. Axlen is ordered to pay damages to Blackbird in an amount to be determined at a future date.

5. Blackbird is granted a period of time for discovery to determine the amount of damages.

ii

6. Axlen is ordered to pay attorneys fees and costs to Blackbird in an amount to be determined at a future date.

*[signature]*
UNITED STATES DISTRICT JUDGE